CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 28 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD WAYNE BARKSDALE,<br>　　Petitioner, | )<br>)　Civil Action No. 7:05cv00463<br>) |
| v. | )　**FINAL ORDER**<br>) |
| TRACY S. RAY,<br>　　Respondent. | )　By: **Jackson L. Kiser**<br>)　**Senior U.S. District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Barksdale's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED** and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 28th day of July, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge